QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER CURTIS GESSNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05cr00444 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING MOTIONS HEARING AND ORDER THEREON |
| v. | ) | |
| CHRISTOPHER CURTIS GESSNER, | ) | Date : January 20, 2006<br>Time : 9:00 a.m.<br>Judge : Hon. Oliver W. Wanger |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the hearing on motions now set for January 3, 2006, may be continued to January 20, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow for continuity of counsel because she is still on medical leave and does not anticipate return to her office until after January 3, 2006, the date now set for the hearing in this matter.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A),
4  3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 29, 2005          By: /s/ Dawrence W. Rice, Jr.,
                                  DAWRENCE W. RICE, JR.
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: December 29, 2005          By: /s/ Francine Zepeda
                                  FRANCINE ZEPEDA
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  CHRISTOPHER CURTIS GESSNER

O R D E R

**IT IS SO ORDERED.**

                                  /s/ OLIVER W. WANGER
DATED: December   30  , 2005
                                  OLIVER W. WANGER, Judge
                                  United States District Court
                                  Eastern District of California

Stipulation to Continue Motions Hearing
and [Proposed] Order Thereon                    2