DANIEL J. BRODERICK, #89424
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHRISTOPHER CURTIS GESSNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05cr00444 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE AND ORDER THEREON |
| v. | ) | |
| CHRISTOPHER CURTIS GESSNER, | ) | Date : February 28, 2006 |
| | ) | Time : 9:00 a.m. |
| Defendant. | ) | Judge : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for February 14, 2006, may be continued to February 28, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow additional time for case preparation and plea negotiation.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: February 9, 2006     By: /s/ Dawrence W. Rice, Jr.,
DAWRENCE W. RICE, JR.
Assistant United States Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: February 9, 2006     By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
CHRISTOPHER CURTIS GESSNER

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: February   10  , 2006     /s/ OLIVER W. WANGER
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California