# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Christopher Curtis Gessner          **Docket Number:**   0972 1:05CR00444

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   6/27/2006

**Original Offense:**  Counts 1, 2, and 3: 18 U.S.C. § 2113(a), Credit Union and Bank Robbery
(CLASS C FELONIES)

**Original Sentence:** 84 months Bureau of Prisons; 36 months TSR; mandatory drug testing; $300 SA; $1,377.46 restitution

**Special Conditions:**

Warrantless Search
No Dissipation of Assets
Financial Disclosure
Financial Restrictions
Drug/Alcohol Treatment
Drug/Alcohol Testing
No Alcohol
Mental Health Treatment
Community Corrections Center
Aftercare Co-payment
DNA Collection

**Type of Supervision:**   TSR

**Date Supervision commenced:**   8/6/2013

**Other Court Actions:**

<u>**01/09/2010:**</u>   Probation Form 12B, Petition to Modify the Conditions or Term of Supervision with Consent of the Offender, was filed with the Court to include participation in outpatient mental health treatment.

<u>**05/17/2012:**</u>   Probation Form 12A, Report of the Offender Non-compliance, was filed with the Court due to two positive (marijuana) urinalysis.

| | |
|---|---|
| **07/12/2012:** | Probation Form 12B, Petition to Modify Conditions of Supervised Release with Consent of the Offender, was filed with the Court to include participation in the Residential Reentry Program for a period up to 180 days. |
| **09/24/2012:** | Probation Form 12C, Petition for Warrant for Offender Under Supervision, filed with the Court, due to failure to participate in the RRC, failure to abstain from alcohol, failure to report change in residence. |
| **12/17/2012:** | **Dispositional Hearing**: Offender admitted to all violation charges. TSR revoked; 10 months BOP; 26 months TSR; 180 days RRC. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community corrections center, Turning Point for a period of up to 180 days; said placement shall commence at the direction of probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** Since August 6, 2013, the offender has been residing at the RRC, Turning Point, in Bakersfield, California. According to his RRC counselor, the offender has adjusted successfully. He recently found employment, and hopes to enroll at California State University, Bakersfield, during the next semester.

The offender's family are not supportive, and have severed all ties. He has no other community support. He has no stable residence, and even though he is employed, he has gainfully worked for a short period of time and cannot yet financially support himself.

The offender understands that he is to remain employed, save his income, and find a suitable residence as soon as possible.

On January 27, 2014, the offender signed a Probation Form 49, Waiver of Hearing to Modify Conditions, of Supervised Released, agreeing to the proposed modification.

Respectfully submitted,

/s/Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**
Telephone:

**DATED:** 1/28/2014

Reviewed by,

/s/Ben Blankenship
**BEN J. BLANKENSHIP**
**Supervising United States Probation Officer**

CC:

United States Probation

Assistant United States Attorney: Dawrence W. Rice Jr.

Defense Counsel: Charles Lee

**THE COURT ORDERS:**

X  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:  January 30, 2014

SENIOR DISTRICT JUDGE